IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | Civil Action No 2:06-cv-02624 |
| v. | ) | Judge McCalla |
| | ) | Magistrate Judge Claxton |
| PARAMOUNT STAFFING, INC., | ) ) | |
| Defendant. | ) ) | |

NOTICE OF SETTLEMENT AND REQUEST TO SUBMIT CONSENT DECREE WITHIN 15 DAYS OF THE ENTRY OF THE ORDER OF THIS COURT

Plaintiff, Equal Employment Opportunity Commission ("Commission") and Defendant Paramount Staffing, Inc., (Paramount) submit the following Notice of Settlement.

The parties have resolved all issues raised in this litigation and this matter is now settled. As is customary in cases where the Commission, an agency of the United States Government, is the plaintiff, a Consent Decree or Settlement Agreement must be submitted to the Court for approval prior to the dismissal of the case. In this instance, the Consent Decree outlines the terms agreed to by the parties.

Accordingly, the parties request that the Court hold the pre-trial deadlines and scheduled trial in abeyance and that the case be continued generally, pending the submission of the final resolution document. The parties seek 15 days from the entry of this Court's Order requiring submission of the Consent Decree to the Court. A proposed order is submitted herewith.

Respectfully Submitted,

| FOR PLAINTIFF: | FOR DEFENDANT: |
|---|---|
| P. DAVID LOPEZ<br>General Counsel | s/ Paul E. Prather with permission DS<br>PAUL E. PRATHER<br>TN Bar No. 10089 |
| JAMES L. LEE<br>Deputy General Counsel | s/ Brenda Nelson with permission DS<br>BRENDA NELSON<br>TN Bar No. 6446 |
| GWENDOLYN YOUNG REAMS<br>Associate General Counsel | |
| FAYE A. WILLIAMS<br>Regional Attorney<br>TN Bar No. 011730 | Kiesewetter Wise Kaplan Prather, PLC<br>3725 Champion Hills Drive, Suite 3000<br>Memphis, Tennessee 38125<br>(901) 795-6695 |

/s Deidre Smith
DEIDRE SMITH  (BPR #018499)
Supervisory Trial Attorney
1407 Union Suite 901
Memphis, Tennessee
(901) 544-0140

s/ Sally Ramsey  with permission DS
SALLY RAMSEY  (BPR #018859)
Senior Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
50 Vantage Way, Suite 202
Nashville, TN  38228
(615) 736-2105

**CERTIFICATE OF SERVICE**

  I certify that on August 8, 2010, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

    Paul E. Prather
    Brenda R. Nelson
    Kiesewetter Wise Kaplan Prather, PLC
    3725 Champion Hills Drive, Suite 3000
    Memphis, TN  38125


        s/ Deidre Smith