```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF TENNESSEE
                     WESTERN DIVISION
```

___

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| & | ) No 2:06-cv-02624 |
| PARAMOUNT STAFFING, INC., | ) ) ) ) |
| Defendant. | ) |

___

**JUDGMENT**
___

This action having come before the Court on the parties' Notice of Settlement and Consent Decree,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Consent Decree entered August 19, 2010, this case is DISMISSED WITH PREJUDICE, this Court retaining jurisdiction of the case to enforce the terms of the Consent Decree.

APPROVED:

/s/ JON PHIPPS McCALLA
CHIEF UNITED STATES DISTRICT JUDGE


August 19, 2010
Date